IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RONEL JEAN-BAPTISTE,**
**A# 026-690-349,**

    Petitioner,

vs.                                                 Case No. 4:14cv687-RH/CAS

**ERIC HOLDER, JR., et al.,**

    Respondents.

_____/

## ORDER and REPORT AND RECOMMENDATION

Petitioner, proceeding *pro se*, initiated this case on December 30, 2014, by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. Service was directed, doc. 4, and Respondents have filed a motion to dismiss the petition as moot. Doc. 10.

Petitioner is a native and citizen of the Bahamas who entered the United States in September 1976. Doc. 1. Petitioner was ordered removed from the United States on April 15, 1996, due to criminal convictions. *Id.* The order of removal became final when entered by the immigration judge as Petitioner waived his right to appeal. *Id.* at 3. Petitioner has been in immigration custody since June 30, 2014, awaiting removal. *Id.* The petition alleged that "ICE has been unable to remove petitioner to the Bahamas"

and claimed there was "no significantly likelihood of removal in the reasonably foreseeable future . . . ." *Id.* at 4.  Petitioner's requested relief was release from detention pursuant to the United States Supreme Court's decision in Zadvydas v. Davis, 533 U.S. 678 (2001).

Respondents filed a motion to dismiss the petition as moot.  Doc. 10 at 1.  Respondents advise that Petitioner was released from custody on March 18, 2015.  *Id.*  Thus, because Petitioner was granted the relief sought in the petition, this case should be dismissed as moot.  *Id.*

Attached to the motion to dismiss is a copy of the Order of Supervision, signed by Petitioner, and demonstrating that Petitioner was released on March 18, 2015.  Doc. 10-1.  Because Petitioner has been granted release, there is no judicial remedy left and this case should be dismissed as moot.

Petitioner provided an address where he would reside after release within the Order of Supervision.  Doc. 10-1 at 3.  The Clerk of Court will be directed to provide a copy of this Report and Recommendation to Petitioner at the address listed in the Order of Supervision.  *Id.*  Should Petitioner object to the dismissal of this case, he must file Objections within fourteen days.

Accordingly, it is **ORDERED** that the Clerk of Court shall send a copy of this Report and Recommendation to Petitioner at the address provided by Respondents: c/o Terry Tillman, 15410 NW 32nd Avenue, Miami Gardens, FL 33054, *see* doc. 10 at 3, as well as to Petitioner at his address of record at the Wakulla County Jail.

In light of the foregoing, it is respectfully **RECOMMENDED** that the motion to dismiss, doc. 10, be **GRANTED** and the petition for writ of habeas corpus, doc. 1, be **DISMISSED as moot**.

**IN CHAMBERS** at Tallahassee, Florida, on April 2, 2015.

 S/     Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**