IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RONEL JEAN-BAPTISTE,

    Petitioner,

v.                               CASE NO.  4:14cv687-RH/CAS

ERIC HOLDER, JR. et al.,

    Respondents.

_____/

## ORDER DISMISSING THE PETITION AS MOOT

    This case is before the court on the magistrate judge's report and recommendation, ECF No. 11.  The recommendation is that the case be dismissed as moot.

    The clerk originally mailed the report and recommendation to the petitioner's prior address, but the clerk remailed the report and recommendation to the petitioner's new address.  ECF No. 14.  The first mailing came back, but the second did not.  ECF No. 15.  No objections to the report and recommendation have been filed.

    Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The petition is dismissed as moot." The clerk must close the file.

SO ORDERED on May 9, 2015.

                                     s/Robert L. Hinkle
                                     United States District Judge